**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Patrick M. ISLEIB, Defendant-Appellant.**

**No. 71-3210**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 28, 1972.

Edward J. Witten, Jacksonville, Fla., Court-appointed, for defendant-appellant.

John L. Briggs, U. S. Atty., Harvey E. Schlesinger, Jacksonville, Fla., for plaintiff-appellee.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

■ On consideration of the record, we are convinced that the Government introduced sufficient evidence, expert and lay, to persuade the jury beyond a reasonable doubt that Isleib was not legally insane at the time he committed the armed robbery of which he was convicted below. Blake v. United States, 5 Cir. 1968, 407 F.2d 908; Mims v. United States, 5 Cir. 1967, 375 F.2d 135; United States v. Pitts, 5 Cir. 1970, 428 F.2d 534.

Affirmed.

---

* [1] Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.